UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

|  |  |  |
|---|---|---|
| UNITED STATES OF AMERICA, and STATE OF WISCONSIN, | ) ) ) | |
| Plaintiffs, | ) ) ) | |
| vs. | ) ) | Case No. 4:22 CV 1243 JMB |
| CONSUMER LAW PROTECTION, LLC, CONSUMER RIGHTS COUNCIL, PREMIER RESERVACTIONS GROUP, LLC, RESORT TRANSFER GROUP, LLC, SQUARE ONE DEVELOPMENT GROUP, INC., SQUARE ONE GROUP, LLC, TIMESHARE HELP SOURCE, RESORT LEGAL SERVICE, LLC, SQUARE ONE CORPORATE OFFICES, LLC, FARMINGTON ALLEGIANCE, LLC, MAINLINE PARTNERS, LLC, KIMBERLY CARROLL, *as the Trustee of The Jake and Avery Irrevocable Trust Dated September 11, 2019,* JANET SUE HACKWORTH, *as the Trustee of The Jake and Avery Irrevocable Trust Dated September 11, 2019,* CHRISTOPHER CARROLL, GEORGE REED, LOUANN REED, *individually and as the Trustee of the Maggie and Lucy Irrevocable Trust Dated September 11, 2019,* SCOTT JACKSON, EDUARDO BALDERAS, THE JAKE AND AVERY IRREVOCABLE TRUST DATED SEPTEMBER 11, 2019, THE MAGGIE AND LUCY IRREVOCABLE TRUST DATED SEPTEMBER 11, 2019, and TIMOTHY MCFADDEN, *as the Trustee of The Jake and Avery Irrevocable Trust Dated September 11, 2019,* | ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) | |
| Defendants. | ) | |

**JUDGMENT**

Page **1** of **2**

**IT IS HEREBY ORDERED, ADJUDGED and DECREED** that

1.      Defendants The Jake and Avery Irrevocable Trust Dated September 11, 2019 and The Maggie and Lucy Irrevocable Trust Dated September 11, 2019 were dismissed by operation of the April 9, 2024 Amended Complaint (Doc. 130);

2.      Defendant Timothy McFadden was dismissed without prejudice on May 2, 2024 pursuant to a Notice of Dismissal (Docs. 144 and 145);

3.      Defendants Scott Jackson and Eduardo Balderas were dismissed pursuant to July 8, 2025 Stipulated Orders (Docs. 241 and 242);

4.      Defendants George Reed and LouAnn Reed were dismissed pursuant to a September 4, 2025 Stipulated Order (Doc. 249); and,

5.      Defendants Consumer Law Protection, LLC, Consumer Rights Council, Premier Reservations Group, LLC, Resort Transfer Group, LLC, Square One Development Group, Inc., Square One Group, LLC, Timeshare Help Source, Resort Legal Service, LLC, Square One Corporate Offices, LLC, Farmington Allegiance, LLC, Mainline Partners, LLC, Kimberly Carroll, and Janet Sue Hackworth were dismissed pursuant to a September 4, 2025 Stipulated Order (Doc. 250).

**IT IS FURTHER ORDERED, ADJUDGED, AND DECREED** that pursuant to the Memorandum and Order entered on March 30, 2026 and the accompanying Order for Permanent Injunction, Monetary Judgment, and other Relief, summary judgment is **GRANTED** in favor of Plaintiffs United States of America and State of Wisconsin and against Defendant Christopher Carroll.

*/s/ John M. Bodenhausen*
JOHN M. BODENHAUSEN
UNITED STATES MAGISTRATE JUDGE

Dated this 30th day of March, 2026